IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELECTRONIC CONTRACTING COMPANY, a Nebraska corporation;<br><br>Petitioner,<br><br>vs.<br><br>K.C. PAGE & ASSOCIATES INC., a California corporation;<br><br>Respondent. | 4:25CV3127<br><br>ORDER SETTING BRIEFING SCHEDULE |

Plaintiff filed a Petition to Confirm an Arbitration Award pursuant to 9 U.S.C. § 9. Filing No. 1. Defendant appeared and filed an Answer. Filing No. 12. An application to the Court under the Federal Arbitration Act ("FAA") "shall be made and heard in the manner provided by law for the making and hearing of motions" except as otherwise provided. 9 U.S.C. § 6.

Here, Plaintiff's petition, Filing No. 1, which was supported by a brief and evidence as required by NECivR. 7.1(a), *see* Filing Nos. 4 and 5, shall be treated as a motion to confirm an arbitration award pursuant to 9 U.S.C. § 9. Defendant shall have 21 days to file a brief in response and any necessary supporting evidence pursuant to NECivR. 7.1(b). Plaintiff may reply in support of its motion pursuant to NECivR. 7.1(c). Any request to vacate, modify, or correct the arbitration award shall be filed as a separate motion by August 19, 2025[1] and served pursuant to 9 U.S.C. § 12.

---

[1] By setting a deadline for filing such motion, the Court expresses no conclusion as to whether the motion would be timely. *See* 9 U.S.C. § 12.

Accordingly,

IT IS ORDERED:

1. Defendant may respond to Plaintiff's Petition to Confirm Arbitration Award on or before **August 19, 2025**.
2. Plaintiff may reply in support of its Petition within **7 days** after Defendant files and serves the opposing brief pursuant to NECivR. 7.1(c).
3. On or before **August 19, 2025**, any motion to vacate, modify, or correct the arbitration award shall be filed pursuant to NECivR. 7.1(a) and served pursuant to 9 U.S.C. § 12. Briefing shall proceed on this motion, if filed, in accordance with the local rules.
4. The parties may confer and jointly email proposed extended deadlines to chambers (deluca@ned.uscourts.gov).

Dated this 29th day of July, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge